IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01997-MEH

HEXMAG LLC,

      Plaintiff,

v.

CROSS MACHINE TOOL CO.,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge.**

      Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice [filed October 7, 2015; docket # 7].  The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P.  41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 8th day of October, 2015.

                  BY THE COURT:

                  *Michael E. Hegarty*

                  Michael E. Hegarty
                  United States Magistrate Judge